■ ROCHESTER CITY SCHOOL DISTRICT, Appellant, v COUNTY OF MONROE et al., Respondents. (Appeal No. 1.) [786 NYS2d 771]—Appeal from an amended order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered April 5, 2004 in an action for a declaratory judgment and an injunction. The amended order denied plaintiff's motion for an injunction and granted judgment declaring, among other things, that defendants are not obligated to fund plaintiff's general health services and nursing program.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Hurlbutt, J.P., Scudder, Kehoe, Smith and Hayes, JJ.